RECEIVED
IN LAKE CHARLES, LA.

JUL -7 2014

TONY R. MOORE, CLERK
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DANNY LEE GREEN** | * | CIVIL ACTION NO. 2:13-CV-1504 |
| **Plaintiff** | * | SECTION P |
| V. | * | |
| **CHARLES MAIORANA** | * | JUDGE PATRICIA MINALDI |
| **Defendant** | * | MAG. JUDGE KATHLEEN KAY |

*****************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 10] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's application for a writ of *habeas corpus*, filed pursuant to 28 U.S.C. § 2241, be and hereby is **DISMISSED, WITH PREJUDICE**.

Lake Charles, Louisiana, this ___1___ day of _____July_____, 2014.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE